IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA ECHERIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reduction of sentence pursuant to Title 18, U.S.C.A. 3582(a) (Filing No. 129). The defendant was convicted of conspiracy to distribute and possess with intent to distribute methamphetamine. She cites two cases decided by the Eighth Circuit Court of Appeals in 2011, which considered language in Title 18, U.S.C. § 3582(a). These provisions were not invoked by the Court in determining defendant's sentence. She was facing a mandatory minimum of 120 months and was sentenced to 130 months.

Furthermore, the Court sentenced the defendant for the sale and use of one of the most destructive drugs in our society, and the sentence is not excessive considering defendant's involvement in the distribution thereof. Accordingly,

IT IS ORDERED that defendant's motion for reduction of sentence is denied.

DATED this 17th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court