IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA ECHERIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 138). The Court has reviewed defendant's notice of appeal and, pursuant to 28 U.S.C. § 2253(c)(1),

IT IS ORDERED that the issues raised are appealable and a certificate of appealability is issued. Defendant may proceed on appeal *in forma pauperis* without prepayment of costs.

DATED this 17th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court